IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS,<br><br>                       Plaintiff,<br><br>  vs.<br><br>CITY OF FAIRBANKS, JAMES GEIER,<br>CLIFFORD AARON RING, CHRIS NOLAN,<br>DAVE KENDRICK, DOE OFFICERS 1-10,<br>and DOE SUPERVISORS 1-10,<br><br>                     Defendants. | No. 4:17-cv-0034-HRH |

O R D E R

Consolidation of Cases

Pending before this court are two civil rights (42 U.S.C. § 1983) cases which appear to involve common questions of law and fact.[1]  Unless a party objects and shows good cause why the court should do otherwise, on or before March 20, 2018, the court intends to order the consolidation of the -034 and -035 cases.

DATED at Anchorage, Alaska, this 5th day of March, 2018.

/s/ H. Russel Holland
United States District Judge

---

[1] This case and No. 4:17-cv-0035, Vent v. City of Fairbanks.

Order – Consolidation of Cases      - 1 -