IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARVIN ROBERTS,                                  )
                                                 )
                              Plaintiff,          )
                                                 )
        vs.                                       )
                                                 )
CITY OF FAIRBANKS, JAMES GEIER,                  )
CLIFFORD AARON RING, CHRIS NOLAN,                )
DAVE KENDRICK, DOE OFFICERS 1-10,                )
and DOE SUPERVISORS 1-10,                        )        No. 4:17-cv-0034-HRH
                                                 )        [Consolidated with
                              Defendants.         )        No. 4:17-cv-0035-HRH]
_____)
EUGENE VENT, KEVIN PEASE,                        )
and GEORGE FRESE,                                )
                                                 )
                              Plaintiffs,         )
                                                 )
        vs.                                       )
                                                 )
CITY OF FAIRBANKS, JAMES GEIER,                  )
CLIFFORD AARON RING, CHRIS NOLAN,                )
DAVE KENDRICK, DOE OFFICERS 1-10,                )
and DOE SUPERVISORS 1-10,                        )
                                                 )
                              Defendants.         )
_____)

O R D E R

Case Status

        The court is in receipt of a scheduling and planning conference report[1] presented

on behalf of only the plaintiffs.  Counsel for defendants are reported to have "refused to

---

        [1]Docket No. 84.

Order – Case Status                                                              - 1 -

participate"[2] in the conference which the court required.  While the court believes that counsel for the parties might have handled this situation in a more useful fashion, the fact that there is now pending before the court a motion brought by defendants to bifurcate these proceedings[3] does indeed present a case management problem.

The court will defer entering a scheduling and planning order until after the defendants' motion to bifurcate the proceedings has been decided.  The type of schedule to be entered will depend very substantially on whether the case is or is not bifurcated.

DATED at Anchorage, Alaska, this  18th day of November, 2020.


/s/ H. Russel Holland
United States District Judge

---

[2]Id. at 2.

[3]Docket No. 80.

Order – Case Status                                                                                                      - 2 -