# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 23, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  City of Fairbanks, Alaska, et al.
            v. Marvin Roberts, et al.
            No. 20-711
            (Your No. 18-35938)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 20, 2020 and placed on the docket November 23, 2020 as No. 20-711.

            Sincerely,

            **Scott S. Harris**, Clerk

            by

            Jacob A. Levitan
            Case Analyst