Matthew Singer
Peter A. Scully
SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900
   *Attorneys for the City of Fairbanks*

Joseph W. Evans
LAW OFFICES OF JOSEPH W. EVANS
P.O. Box 519
Bremerton, WA 98310-0241
Telephone: (360) 782-2418
Facsimile: (360) 782-2419
   *Attorney for Officer Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS, GEORGE FRESE, KEVIN PEASE, and EUGENE VENT, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FAIRBANKS, JAMES GEIER, CLIFFORD AARON RING, CHRIS NOLAN, DAVE KENDRICK, DOE OFFICERS 1-10, and DOE SUPERVISORS 1-10, <br><br> Defendants. | Case No. 4:17-cv-00034-SLG <br> Case No. 4:17-cv-00035-SLG <br><br> *Consolidated Cases* |

**MOTION TO ESTABLISH WAIVER OF PRIVILEGE/CONFIDENTIALITY**

The City of Fairbanks and Officers Geier, Ring, Nolan and Kendrick move the Court for an order establishing that Plaintiffs have waived attorney-client privilege and

PDX\MSI\31313609.1

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG   Document 110   Filed 07/19/21   Page 1 of 3

work product protections with their post-conviction relief counsel by placing the voluntariness of their settlement agreements at issue, and that information about the mediation at which those settlement agreements were reached is relevant and discoverable. Undersigned counsel Matthew Singer certifies that he has conferred with Plaintiffs' counsel in good faith in an attempt to resolve the issues raised in this motion without the Court's intervention, but the parties were unable to do so.[1] This motion is supported by the memorandum of law, declaration of counsel, and exhibits submitted herewith.

DATED at Anchorage, Alaska this 19th day of July, 2021.

SCHWABE, WILLIAMSON & WYATT PC
Attorneys for Defendant City of Fairbanks

By: */s/Matthew Singer*
     Matthew Singer
     Alaska Bar No. 9911072

By: */s/Peter A. Scully*
     Peter A. Scully
     Alaska Bar No. 1405043
     Email: pscully@schwabe.com

LAW OFFICE OF JOSEPH W. EVANS
Attorney for Officer Defendants

By: */s/Joseph W. Evans*
     Joseph W. Evans
     Alaska Bar No. 7610089
     Email: joe@jwevanslaw.com

---

[1] *See* Declaration of Counsel and Exhibit 1, submitted herewith.

MOTION TO ESTABLISH WAIVER OF PRIVILEGE/CONFIDENTIALITY
*ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.*
CASE NOS. 4:17-CV-00034-SLG/4:17-CV-00035-SLG – PAGE 2 OF 3

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG   Document 110   Filed 07/19/21   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronically on the following counsel of record:

Michael C. Kramer
Reilly Cosgrove
Kramer and Associates
mike@mikekramerlaw.com
reilly@mikekramerlaw.com

Anna B. Hoffman
Nick J. Brustin
Katherine E. Haas
Emma Freudenberger
Christina C. Matthias
Neufeld Scheck & Brustin, LLP
anna@nsbcivilrights.com
nick@nsbcivilrights.com
katiehaas@nsbcivilrights.com
emma@nsbcivilrights.com
cmatthias@nsbcivilrights.com

*Attorneys for Marvin Roberts
and Eugene Vent*

Jeffrey Lynn Taren
Tiffany Mae Cartwright
MacDonald, Hoague & Bayless
jeffreyt@mhb.com
tiffanyc@mhb.com

Thomas R. Wickwire
tom@twickwire.com

*Attorneys for Plaintiffs George Frese
and Kevin Pease*

Joseph W. Evans
Law Offices of Joseph W. Evans
joe@jwevanslaw.com

*Attorney for Officer Defendants*

    /s/Matthew Singer

MOTION TO ESTABLISH WAIVER OF PRIVILEGE/CONFIDENTIALITY
ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.
CASE NOS. 4:17-CV-00034-SLG/4:17-CV-00035-SLG – PAGE 3 OF 3

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG   Document 110   Filed 07/19/21   Page 3 of 3