Tiffany Cartwright, WSBA #43564
Jeffrey L. Taren, WSBA #50275
MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 622-1604
Email: tiffanyc@mhb.com

Thomas R. Wickwire, ABA# 7111049
2775 Hanson Road, Suite 1
Fairbanks. Alaska 99709
Telephone: 907-474-0068
Email: tom@twickwire.com

*Attorneys for Plaintiffs George Frese and Kevin Pease*

Michael C. Kramer, ABA 9605031
KRAMER AND ASSOCIATES
542 4th Avenue, Suite 207
Fairbanks, Alaska 99701
Telephone: (907) 888-4098
Email: mike@mikekramerlaw.com

Emma Freudenberger
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081
Email: emma@nsbcivilrights.com

*Attorneys for Marvin Roberts and Eugene Vent*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS, EUGENE VENT, KEVIN PEASE, and GEORGE FRESE, <br><br> Plaintiffs, <br> v. <br><br> CITY OF FAIRBANKS, *et al.*, <br><br> Defendants. | Case No. 4:17-cv-00034-SLG <br> Case No. 4:17-cv-00035-SLG <br><br> Consolidated Cases |

**JOINT STATUS UPDATE**

JOINT STATUS UPDATE - 1
*ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.*
CASE NOS. 4:17-cv-00034-SLG; 4:17-cv-00035-SLG

NEUFELD SCHECK & BRUSTIN, LLP.
99 HUDSON STREET, 8TH FLOOR
NEW YORK, NY 10013
TELEPHONE: (212) 965-9081

Case 4:17-cv-00034-SLG   Document 128   Filed 11/03/21   Page 1 of 4

In response to the Court's order of October 27, 2021 (ECF No. 127), the parties write to jointly update the Court on the status of discovery in this matter.

The parties have recently exchanged written discovery and made initial productions of documents. Although Plaintiffs have already produced a large number of responsive documents, they are also still in the process of gathering and reviewing all relevant records in the possession of their former counsel, and intend to produce additional documents as soon as practicable. The parties are also awaiting further subpoena responses from the State of Alaska, Departments of Law and Administration. In addition, Plaintiff has requested that the State of Alaska waive privilege over certain documents that it has held back as privileged in responding to the parties' subpoenas, and the State of Alaska is considering this request.

After written discovery is complete, the parties anticipate scheduling several depositions. In light of the pace of rolling document production by the State of Alaska, Plaintiff's intention to produce additional documents, the outstanding question of the State of Alaska's waiver of privilege, and the upcoming holiday season, it is likely that depositions will be scheduled for January, February, and/or March 2022.

Dated:  November 3, 2021    Respectfully Submitted,

*/s/ Katherine Haas*
Katherine Haas, *Pro Hac Vice*
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081
Email: katiehaas@nsbcivilrights.com

*Attorneys for Plaintiffs Roberts and Vent*

JOINT STATUS UPDATE - 2
*ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.*
CASE NOS. 4:17-cv-00034-SLG; 4:17-cv-00035-SLG

NEUFELD SCHECK & BRUSTIN, LLP.
99 HUDSON STREET, 8TH FLOOR
NEW YORK, NY 10013
TELEPHONE: (212) 965-9081

Case 4:17-cv-00034-SLG   Document 128   Filed 11/03/21   Page 2 of 4

*/s/ Jeffrey L. Taren*
Jeffrey L. Taren, *Pro Hac Vice*
MACDONALD, HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 622-1604
Email: jeffreyt@mhb.com

*Attorneys for Plaintiffs Frese and Pease*


*/s/ Matthew Singer*
Matthew Singer
Peter A. Scully
SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900

*Attorneys for the City of Fairbanks*


*/s/ Joseph W. Evans*
Joseph W. Evans
LAW OFFICES OF JOSEPH W. EVANS
P.O. Box 519
Bremerton, WA 98310-0241
Telephone: (360) 782-2418
Facsimile: (360) 782-2419

*Attorney for Officer Defendants*

JOINT STATUS UPDATE - 3
*ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.*
CASE NOS. 4:17-cv-00034-SLG; 4:17-cv-00035-SLG

**NEUFELD SCHECK & BRUSTIN, LLP.**
99 HUDSON STREET, 8TH FLOOR
NEW YORK, NY 10013
TELEPHONE: (212) 965-9081

Case 4:17-cv-00034-SLG   Document 128   Filed 11/03/21   Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

Dated this 3rd day of November, 2021.

/s/ Moises Soto-Brito

JOINT STATUS UPDATE - 4
*ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.*
CASE NOS. 4:17-cv-00034-SLG; 4:17-cv-00035-SLG

**NEUFELD SCHECK & BRUSTIN, LLP.**
99 HUDSON STREET, 8TH FLOOR
NEW YORK, NY 10013
TELEPHONE: (212) 965-9081

Case 4:17-cv-00034-SLG   Document 128   Filed 11/03/21   Page 4 of 4