IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CITY OF FAIRBANKS, *et al.*,<br><br>　　　　　Defendants. | Case No. 4:17-cv-00034-SLG<br><br>CONSOLIDATED |
| EUGENE VENT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CITY OF FAIRBANKS, *et al.*,<br><br>　　　　　Defendants. | Case No. 4:17-cv-00035-SLG |

**ORDER RE JOINT STATUS REPORT AND PROPOSED UPDATED BRIEFING SCHEDULE**

At Docket 165 the parties filed a status report and requested that the Court extend the briefing schedule. The parties' request is GRANTED. The briefing schedule is extended as follows:

1. Opening motions for summary judgment shall be filed no later than April 24, 2023.

2. Oppositions shall be filed no later than May 22, 2023.

3. Reply briefs shall be filed no later than June 5, 2023.

IT IS SO ORDERED.

DATED this 16th day of February, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 4:17-cv-00024-SLG, *Roberts v. City of Fairbanks, et al.*
Order re Joint Status Report and Proposed Updated Briefing Schedule
Page 2 of 2

Case 4:17-cv-00034-SLG   Document 166   Filed 02/16/23   Page 2 of 2