# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS, *et al.*, <br>     Plaintiffs, <br> v. <br> CITY OF FAIRBANKS, *et al.*, <br>     Defendants. | Case No. 4:17-cv-00034-SLG <br><br> CONSOLIDATED |
| EUGENE VENT, *et al.*, <br>     Plaintiffs, <br> v. <br> CITY OF FAIRBANKS, *et al.*, <br>     Defendants. | Case No. 4:17-cv-00035-SLG |

## ORDER RE JUDGE GLEASON'S CHAMBERS COPIES

The parties shall provide a chambers copy for the use of the undersigned judge of the filings at Dockets 167, 168, and 171, as well as all future filings that exceed 50 pages, including attachments. Chambers copies are not part of the official file in the case and are not open to public inspection. Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.

- Exhibits/Attachments must be separately identified with readily visible tabs.

- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

IT IS SO ORDERED.

DATED this 26th day of April, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 4:17-cv-00024-SLG, *Roberts v. City of Fairbanks, et al.*
Order re Judges Gleason's Chambers Copies
Page 2 of 2

Case 4:17-cv-00034-SLG   Document 173   Filed 04/26/23   Page 2 of 2