Matthew Singer
Peter A. Scully
SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900

*Attorneys for the City of Fairbanks*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS, GEORGE FRESE, KEVIN PEASE, and EUGENE VENT,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FAIRBANKS, JAMES GEIER, CLIFFORD AARON RING, CHRIS NOLAN, DAVE KENDRICK, DOE OFFICERS 1-10, and DOE SUPERVISORS 1-10,<br><br>Defendants. | Case No. 4:17-cv-00034-SLG<br>Case No. 4:17-cv-00035-SLG<br><br>*Consolidated Cases* |

### **STIPULATION FOR DISMISSAL WITH PREJUDICE**
**(Fed R. Civ. P. 41(a))**

Plaintiffs/Counterclaim Defendants George Frese and Kevin Pease and Defendants/Counterclaimants City of Fairbanks, James Geier, Clifford Aaron Ring, Chris Nolan, Dave Kendrick, Doe Officers 1-10, and Doe Supervisors 1-10, through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that all claims asserted, or which could have been asserted, by and between them

PDX\PASC\37442522.1

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG   Document 201   Filed 09/22/23   Page 1 of 3

in the above-captioned matters be dismissed with prejudice, each such party to bear its own costs and attorneys' fees. This stipulation does not affect any claims asserted by or against Marvin Roberts or Eugene Vent.

DATED this 22nd day of September, 2023.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys for Defendant City of Fairbanks

By: */s/Matthew Singer*
Matthew Singer
Alaska Bar No. 9911072
msinger@schwabe.com

LAW OFFICES OF JOSEPH W. EVANS
Attorney for Officer Defendants

By: */s/ Joseph W. Evans*
Joseph W. Evans
Alaska Bar No. 7610089
P.O. Box 519
Bremerton, WA 98310-0241
joe@jwevanslaw.com
Telephone: (360) 782-2418

MACDONALD, HOAGUE & BAYLESS
Attorneys for George Frese and Kevin Pease

By: */s/Jesse A. Wing*
Jesse A. Wing, *pro hac vice*
705 Second Ave, Suite 1500
Seattle, WA 98104
JesseW@mhb.com
Telephone: (206) 622.1604

STIPULATION FOR DISMISSAL WITH PREJUDICE
ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.
CASE NOS. 4:17-CV-00034-SLG/4:17-CV-00035-SLG – PAGE 2 OF 3

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG   Document 201   Filed 09/22/23   Page 2 of 3

KRAMER AND ASSOCIATES
Attorneys for Marvin Roberts and Eugene Vent

By:    */s/Michael C. Kramer*
       Michael C. Kramer
       Alaska Bar No. 9605031
       542 4th Ave., Suite 207
       Fairbanks. AK 99701
       mike@mikekramerlaw.com
       Telephone: (907) 888-4098

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronically on the following counsel of record:

| | |
|---|---|
| Michael C. Kramer | Timothy K. Ford |
| Reilly Cosgrove | Lauren I. Freidenberg |
| Kramer and Associates | Mika K. Rothman |
| mike@mikekramerlaw.com | Jesse A. Wing |
| reilly@mikekramerlaw.com | MacDonald, Hoague & Bayless |
| | timf@mhb.com |
| Anna B. Hoffman | laurenf@mhb.com |
| Nick J. Brustin | mikar@mhb.com |
| Emma Freudenberger | jessew@mhb.com |
| Christina C. Matthias | |
| Neufeld Scheck & Brustin, LLP | Thomas R. Wickwire |
| anna@nsbcivilrights.com | tom@twickwire.com |
| nick@nsbcivilrights.com | |
| emma@nsbcivilrights.com | *Attorneys for Plaintiffs George Frese* |
| cmatthias@nsbcivilrights.com | *and Kevin Pease* |
| | |
| *Attorneys for Marvin Roberts* | Joseph W. Evans |
| *and Eugene Vent* | Law Offices of Joseph W. Evans |
| | joe@jwevanslaw.com |
| | |
| | *Attorney for Officer Defendants* |

   */s/Matthew Singer*

STIPULATION FOR DISMISSAL WITH PREJUDICE
*ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.*
CASE NOS. 4:17-CV-00034-SLG/4:17-CV-00035-SLG – PAGE 3 OF 3

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG    Document 201    Filed 09/22/23    Page 3 of 3