Matthew Singer
Peter A. Scully
SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900

*Attorneys for the City of Fairbanks*

Joseph W. Evans
LAW OFFICES OF JOSEPH W. EVANS
P.O. Box 519
Bremerton, WA 98310-0241
Telephone: (360) 782-2418
Facsimile: (360) 782-2419

*Attorney for Officer Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS, GEORGE FRESE, KEVIN PEASE, and EUGENE VENT,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FAIRBANKS, JAMES GEIER, CLIFFORD AARON RING, CHRIS NOLAN, DAVE KENDRICK, DOE OFFICERS 1-10, and DOE SUPERVISORS 1-10,<br><br>    Defendants. | Case No. 4:17-cv-00034-SLG<br>Case No. 4:17-cv-00035-SLG<br><br>*Consolidated Cases* |

## NOTICE OF PENDING SETTLEMENT

PDX\MSI\37480582.1

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG   Document 202   Filed 09/22/23   Page 1 of 3

Plaintiff Eugene Vent has agreed to settle his claims against defendants. The parties expect to file a stipulation for dismissal of Mr. Vent's claims with prejudice within the next week. The parties filed a stipulation for dismissal of George Frese and Kevin Pease's claims with prejudice on September 22nd [Dkt. 201]. Accordingly, the oral argument hearing set for Monday, September 25th will address only the claims of Marvin Roberts. Counsel for Plaintiffs and the individual Officer Defendants have authorized the undersigned to file this notice on behalf of all of the parties.

DATED this 22nd day of September, 2023.

        SCHWABE, WILLIAMSON & WYATT, P.C.
        Attorneys for Defendant City of Fairbanks

        By: */s/Matthew Singer*
            Matthew Singer
            Alaska Bar No. 9911072
            msinger@schwabe.com


        LAW OFFICES OF JOSEPH W. EVANS
        Attorney for Officer Defendants

        By: */s/ Joseph W. Evans*
            Joseph W. Evans
            Alaska Bar No. 7610089
            P.O. Box 519
            Bremerton, WA 98310-0241
            joe@jwevanslaw.com
            Telephone: (360) 782-2418

NOTICE OF PENDING SETTLEMENT
*ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.*
CASE NOS. 4:17-CV-00034-SLG/4:17-CV-00035-SLG – PAGE 2 OF 3

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG   Document 202   Filed 09/22/23   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronically on the following counsel of record:

| | |
|---|---|
| Michael C. Kramer<br>Reilly Cosgrove<br>Kramer and Associates<br>mike@mikekramerlaw.com<br>reilly@mikekramerlaw.com | Timothy K. Ford<br>Lauren I. Freidenberg<br>Mika K. Rothman<br>Jesse A. Wing<br>MacDonald, Hoague & Bayless<br>timf@mhb.com |
| Anna B. Hoffman<br>Nick J. Brustin<br>Emma Freudenberger<br>Christina C. Matthias<br>Neufeld Scheck & Brustin, LLP<br>anna@nsbcivilrights.com<br>nick@nsbcivilrights.com<br>emma@nsbcivilrights.com<br>cmatthias@nsbcivilrights.com | laurenf@mhb.com<br>mikar@mhb.com<br>jessew@mhb.com<br><br>Thomas R. Wickwire<br>tom@twickwire.com<br><br>*Attorneys for Plaintiffs George Frese and Kevin Pease* |
| *Attorneys for Marvin Roberts and Eugene Vent* | Joseph W. Evans<br>Law Offices of Joseph W. Evans<br>joe@jwevanslaw.com<br><br>*Attorney for Officer Defendants* |

    /s/Matthew Singer

NOTICE OF PENDING SETTLEMENT
*ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.*
CASE NOS. 4:17-CV-00034-SLG/4:17-CV-00035-SLG – PAGE 3 OF 3

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG   Document 202   Filed 09/22/23   Page 3 of 3