Matthew Singer
Peter A. Scully
SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900

*Attorneys for the City of Fairbanks*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS, GEORGE FRESE, KEVIN PEASE, and EUGENE VENT,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FAIRBANKS, JAMES GEIER, CLIFFORD AARON RING, CHRIS NOLAN, DAVE KENDRICK, DOE OFFICERS 1-10, and DOE SUPERVISORS 1-10,<br><br>Defendants. | Case No. 4:17-cv-00034-SLG<br>Case No. 4:17-cv-00035-SLG<br><br>*Consolidated Cases* |

### STIPULATION FOR DISMISSAL WITH PREJUDICE
**(Fed R. Civ. P. 41(a))**

Plaintiff/Counterclaim Defendant Eugene Vent and Defendants/Counter-claimants City of Fairbanks, James Geier, Clifford Aaron Ring, Chris Nolan, Dave Kendrick, Doe Officers 1-10, and Doe Supervisors 1-10, through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that all claims asserted, or which could have been asserted, by and between them in the above-

PDX\MSI\37514237.1

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG   Document 204   Filed 09/29/23   Page 1 of 3

captioned matters be dismissed with prejudice, each such party to bear its own costs and attorneys' fees. This stipulation does not affect any claims asserted by or against Marvin Roberts.

DATED this 29th day of September, 2023.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys for Defendant City of Fairbanks

By:   */s/Matthew Singer*
    Matthew Singer
    Alaska Bar No. 9911072
    msinger@schwabe.com

LAW OFFICES OF JOSEPH W. EVANS
Attorney for Officer Defendants

By:   */s/ Joseph W. Evans*
    Joseph W. Evans
    Alaska Bar No. 7610089
    P.O. Box 519
    Bremerton, WA 98310-0241
    joe@jwevanslaw.com
    Telephone: (360) 782-2418

KRAMER AND ASSOCIATES
Attorneys for Marvin Roberts and Eugene Vent

By:   */s/Michael C. Kramer*
    Michael C. Kramer
    Alaska Bar No. 9605031
    542 4th Ave., Suite 207
    Fairbanks. AK 99701
    mike@mikekramerlaw.com
    Telephone: (907) 888-4098

STIPULATION FOR DISMISSAL WITH PREJUDICE
ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.
CASE NOS. 4:17-CV-00034-SLG/4:17-CV-00035-SLG – PAGE 2 OF 3

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG   Document 204   Filed 09/29/23   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronically on the following counsel of record:

| | |
|---|---|
| Michael C. Kramer<br>Reilly Cosgrove<br>Kramer and Associates<br>mike@mikekramerlaw.com<br>reilly@mikekramerlaw.com | Timothy K. Ford<br>Lauren I. Freidenberg<br>Mika K. Rothman<br>Jesse A. Wing<br>MacDonald, Hoague & Bayless<br>timf@mhb.com<br>laurenf@mhb.com |
| Anna B. Hoffman<br>Nick J. Brustin<br>Emma Freudenberger<br>Christina C. Matthias<br>Neufeld Scheck & Brustin, LLP<br>anna@nsbcivilrights.com<br>nick@nsbcivilrights.com<br>emma@nsbcivilrights.com<br>cmatthias@nsbcivilrights.com | mikar@mhb.com<br>jessew@mhb.com<br><br>Thomas R. Wickwire<br>tom@twickwire.com<br><br>*Attorneys for Plaintiffs George Frese and Kevin Pease* |
| *Attorneys for Marvin Roberts and Eugene Vent* | Joseph W. Evans<br>Law Offices of Joseph W. Evans<br>joe@jwevanslaw.com<br><br>*Attorney for Officer Defendants* |

    /s/Matthew Singer

STIPULATION FOR DISMISSAL WITH PREJUDICE
*ROBERTS, ET AL. V. CITY OF FAIRBANKS, ET AL.*
CASE NOS. 4:17-CV-00034-SLG/4:17-CV-00035-SLG – PAGE 3 OF 3

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 4:17-cv-00034-SLG   Document 204   Filed 09/29/23   Page 3 of 3