Michael C. Kramer, ABA # 9605031
KRAMER AND ASSOCIATES
542 4th Avenue, Suite 207
Fairbanks, Alaska 99701
Telephone: (907) 888-4098
Email: mike@mikekramerlaw.com

Emma Freudenberger
NEUFELD SCHECK BRUSTIN HOFFMANN
& FREUDENBERGER, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 965-9081
Email: emma@nsbhf.com
*Attorneys for Marvin Roberts*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS, EUGENE VENT, KEVIN PEASE, and GEORGE FRESE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FAIRBANKS, *et al.*, <br><br> Defendants. | Case No. 4:17-cv-00034-SLG <br> Case No. 4:17-cv-00035-SLG <br><br> Consolidated Cases |

### NOTICE OF LAW FIRM NAME CHANGE

Emma Freudenberger, Anna Benvenutti Hoffmann, Nick Brustin, Christina Matthias, and Tony Joe, counsel for Plaintiff Marvin Roberts, hereby inform the Court and all parties in this action that the name of their law firm has changed to Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP and that their representation of Plaintiff Marvin Roberts will continue. Counsel's current mailing address, telephone number, and email address for all future service on Plaintiff Marvin Roberts is:

NOTICE OF LAW FIRM NAME CHANGE - 1
*Roberts, et al. v. City of Fairbanks, et al.*, 4:17-cv-00034-SLG
11635.1 ok190105

NEUFELD SCHECK BRUSTIN HOFFMANN & FREUDENBERGER LLP
99 Hudson Street, 8th Floor
New York, NY 10016
Tel 212-965-9081 Fax 212-965-9083

Case 4:17-cv-00034-SLG   Document 206   Filed 10/17/23   Page 1 of 3

| | |
|---|---|
| 1 | Emma Freudenberger |
| | Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP |
| 2 | 99 Hudson Street, 8th Floor |
| | New York, NY 10013 |
| 3 | Phone: (212) 965-9081 |
| | Email: emma@nsbhf.com |


Emma Freudenberger
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 965-9081
Email: emma@nsbhf.com

Anna Benvenutti Hoffmann
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 965-9081
Email: anna@nsbhf.com

Nick Brustin
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 965-9081
Email: nick@nsbhf.com

Christina Matthias
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 965-9081
Email: cmatthias@nsbhf.com

Tony Joe
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 965-9081
Email: tony@nsbhf.com

    NEUFELD SCHECK BRUSTIN
    HOFFMANN & FREUDENBERGER, LLP

    By:   */s/ Christina Matthias*
           Christina Matthias

*Attorneys for Plaintiffs*

NOTICE OF LAW FIRM NAME CHANGE - 2
*Roberts, et al. v. City of Fairbanks, et al.*, 4:17-cv-00034-SLG
11635.1 ok190105

NEUFELD SCHECK BRUSTIN HOFFMANN &
FREUDENBERGER LLP
99 Hudson Street, 8th Floor
New York, NY 10016
Tel 212-965-9082 Fax 212-965-9083

Case 4:17-cv-00034-SLG   Document 206   Filed 10/17/23   Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

Dated this 17th day of October, 2023, at New York, New York.

*/s/* Christina Matthias
Christina Matthias

NOTICE OF LAW FIRM NAME CHANGE - 3
*Roberts, et al. v. City of Fairbanks, et al.*, 4:17-cv-00034-SLG
11635.1 ok190105

**NEUFELD SCHECK BRUSTIN HOFFMANN & FREUDENBERGER LLP**
99 Hudson Street, 8th Floor
New York, NY 10016
Tel 212-965-9081 Fax 212-965-9083

Case 4:17-cv-00034-SLG   Document 206   Filed 10/17/23   Page 3 of 3