# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FAIRBANKS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:17-cv-00034-SLG<br><br>CONSOLIDATED |

### ORDER RE MOTION FOR LEAVE TO DEPOSE INCARCERATED INDIVIDUALS WILLIAM HOLMES, JASON WALLACE, AND RASHAN BROWN

Before the Court at Docket 259 is Plaintiff Marvin Roberts' Motion for Leave to Depose Incarcerated Individuals William Holmes, Jason Wallace, and Rashan Brown. Defendants did not file a response to the motion. Upon due consideration, the Court GRANTS the motion.

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(b), Plaintiff may depose the following individuals: William Holmes, CDCR No. F34036, an individual confined at Valley State Prison, located at 21633 Avenue 24, Chowchilla, CA 93610; Jason Wallace, ID No. 373614, an individual confined at Goose Creek Correctional Center, located at 22301 West Alsop Road, Wasilla, AK 99654; and Rashan Brown, SID No. 13240974, an individual confined at Oregon State Penitentiary, located at 2605 State Street, Salem, OR 97310. Barring a direct conflict, the respective facilities will accommodate the deposition of Mr. Holmes on

February 24, 2025; Mr. Wallace on February 25, 2025; and Mr. Brown on March 5, 2025, or as close to these dates as mutually convenient for the facilities and the parties.

It is so ORDERED.

DATED this 16th day of December 2024 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 4:17-cv-00024-SLG, *Roberts v. City of Fairbanks, et al.*
Order re Motion for Leave to Depose Incarcerated Individuals William Holmes, Jason Wallace, and Rashan Brown
Page 2 of 2

Case 4:17-cv-00034-SLG    Document 261    Filed 12/16/24    Page 2 of 2