## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS,<br><br>        Plaintiff,<br>  v.<br><br>CITY OF FAIRBANKS, JAMES GEIER, CLIFFORD AARON RING, CHRIS NOLAN, DAVE KENDRICK, DOE OFFICERS 1-10, and DOE SUPERVISORS 1-10,<br><br>        Defendants. | Case No. 4:17-cv-00034-SLG |

### ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

Before the Court at Docket 288 is the parties' Stipulation for Dismissal with Prejudice. The Court has reviewed and APPROVES the Stipulation. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted, or which could have been asserted, by and between the parties in this matter are DISMISSED with prejudice. The Trial by Jury, Final Pretrial Conference, and all remaining deadlines are hereby VACATED. Each party shall bear its own costs and attorneys' fees. The parties' settlement agreement, which requires that final payment be made by October 1, 2026, is hereby incorporated by reference. The Court retains ancillary jurisdiction to enforce the settlement agreement.

DATED this 17th day of April, 2025, at Anchorage, Alaska.

                                                      */s/ Sharon L. Gleason*
                                                      UNITED STATES DISTRICT JUDGE